**The Ceska Rimska Katolicka Ustredni Jednota Zen Ve Spojenych Statech Americkych (corporation), v. Jan Perkaus, appellant. William Hubka, appellee. Gen. No. 24,686.**

Action to recover on death benefit certificate, on interpleader by

fraternal benefit society. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed February 18, 1920.

Q. J. Chott, for appellant. Howard M. Harpel, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.